**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF TEXAS**

**SAN ANTONIO DIVISION**



RECEIVED

DEC 0 2 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

# PLAINTIFF'S ORIGINAL COMPLAINT UNDER 42 U.S.C. § 1983

KEITH ALVIN SMALL,

8418 John Ralston Rd Houston, TX 77044

itdontdammatter@gmail.com

Pro Se Plaintiff,

v.

1. BANDERA COUNTY, TEXAS Served upon County Judge Richard Evans Bandera County Courthouse 500 Main Street Bandera, Texas 78003
2. JUSTICE OF THE PEACE PRECINCT 3 RANDALL J. BOYSEN, Individually Justice of the Peace, Precinct 3 Bandera County Courthouse 500 Main Street Bandera, Texas 780
3. BANDERA, COUNTY SHERIFFS DEPUTY RICHARD DEAN MHARTAIN, Individually Bandera County Sheriff's Office 3360 State Hwy 173 N Bandera, Texas
4. JOHN DOES 1–10 (other officials whose identities will be revealed in discovery),

Defendants.

**CIVIL ACTION NO. _____**

**(Jury Trial Demanded)**

**No reasonable official could believe the acts alleged herein were lawful; qualified immunity is therefore unavailable.** Hope v. Pelzer, 536 U.S. 730, 741 (2002); Cole v. Carson, 935 F.3d 444, 452 (5th Cir. 2019) (en banc); Winzer v. Kaufman County, 916 F.3d 464, 476 (5th Cir. 2019).

**JURISDICTION AND VENUE**

1. **2. This Court possesses federal-question jurisdiction under 28 U.S.C. §§ 1331 and 1343(a) (3)–(4).** Every claim arises under the Fourth, Fifth, Sixth, Eighth, and Fourteenth Amendments and 42 U.S.C. § 1983. Supplemental jurisdiction exists over inextricably intertwined state-law claims under 28 U.S.C. § 1367.

2. Venue is proper in the San Antonio Division under 28 U.S.C. § 1391(b) and Local Rule CV-3. All acts occurred in Bandera County, within this Division, and Defendants reside here.


## CONTINUING VIOLATION DOCTRINE

3. The continuing-violation doctrine defeats any limitations defense. The same pattern of perjury, falsification, false returns, missing filing stamps/back filing, and bad-faith prosecution began with the 2001-2003 (coerced plea after excessive force/near-death incident, producing conviction used as enhancement) and continue —tolled by ongoing use as enhancement and misrepresentation causing permanent reputation harm. National R.R. Passenger Corp. v. Morgan, 536 U.S. 101 (2002).

## COMMON FACTS

4. In 2001–2003 Bandera County sheriff deputy assaulted Plaintiff while he slept in a park-and-ride after several attempts to wake plaintiff ,getting called away only to return and attempt again, showing plaintiff was no danger. Deputy applied cuffs so tightly as to cause permanent thumb numbness. Then allowed him to clinically die in jail (requiring CPR and Life Flight), delayed Life Flight to avoid liability (county deputy held the helicopter until Plaintiff's mother arrived for illegal release to her custody), and coerced a plea by threatening prison on revived charges—producing the assault-on-peace-officer conviction (2 years TDCJ) later used to enhance Cause No. CR-24-000106 to a second-degree felony. Ongoing harm continues from Bandera EMS illegal credit reporting for the near-death incident and Bandera County's public online portal falsely listing Plaintiff's record as "assault or attempted murder" (I-Docket printout SE-21) and other bogus felonies that never existed listed in state criminal history with rearranged case number ,wrong district court ,and felonies fines  —permanent reputation deprivation.

5. On February 18, 2024, Bandera ,County Sheriff's Deputy Richard Deen Mhartain swore to a insufficient complaint (SE-1) which failed to establish probable cause or name a victim .Mhartain then committed aggravated perjury (Tex. Penal Code § 37.03 ) knowingly and

recklessly false statements under oath in a probable-cause affidavit (SE-2) dated February 18 2024 ,I believe this was made at a later date then back dated to cover invalid warrant based on insufficient complaint evident in text. In (SE-2) Mhartain states "did see evidence of the assault, redness around Carlton's neck" and "inquired if Carlton required EMS/medical attention…" His own body-camera footage (SE-3) contains no such observation or inquiry and records him stating "your injuries do not require medical attention." he also states " Carlton stated she did want to press charges for the family violence : assault by strangulation." body cam shows no such inquiry but dose show Avery saying "if I don't have to press charges I don't want to" and Mhartain acknowledges this by stating "your wasting my time". Avery Carlton never wanted charges pressed  and she made this crystal clear again in her February 2025 non-prosecution form (SE-15).

6.  While Texas law provides a way JP  Randall Boysen could have issued an EPO on his own motion (Tex. Code Crim. Proc. art. 17.292), that is not what Boysen chose to do. Rather he chose to make false statements in the EPO (SE-7) and falsify the court record (Tex. Penal Code § 37.09/37.10 – tampering with governmental record) by stating "the above-named victim appeared before me and applied for an emergency restraining order" there was no hearing making this a nonjudicial act. Boysen served plaintiff the EPO minutes after giving plaintiff magistrates warning (SE-22)  charging assault bodily injury. All post indictment (SE-5) paper work shows bodily injury until plaintiff filed motion to quash. The actual charge on indictment is impeding breath and everything before indictment charged assault impeding breath. The epo lists impeding breath showing it was filled out before June indictment. Plaintiff informed Boysen that the address for Avery was wrong she had moved out months ago. Boysen then scratched out "138 Wren"  and wrote "any residents of Avery Carlton" tampering with court document. Boysen did not change the next line  prohibiting Plaintiff from his own residence at 138 Wren Rd. This false recital and order directly caused Plaintiff's eviction from his home without due process, deprivation of liberty and property, loss of irreplaceable personal items, tools, and money. Plaintiff was forced to abandon residence causing emotional distress, mental anguish, fear, and loss of everything he had worked for his entire life—leaving him penniless, homeless, and destitute.

7.  Avery Lynn Carlton swore in her notarized statement that she didn't appear or apply for the EPO  (SE-14).

8.  Foundational documents (complaint, probable-cause affidavit, EPO application SE-8) were missing from the district clerk's file in October 2024 and suddenly appeared in January 2025

without any filing stamps or dates of entry into the record. The copy of the complaint obtained from JP office (SE-16) in October had a "SCANNED MARCH 2024" the copy that appeared in district file didn't have this stamp (clear back filing/tampering by clerk under color of law).

9. Warrant (SE-4) and càpias (SE-10) returns falsely state Bandera County took custody in Medina County jail when Medina County jailers transported Plaintiff to Bandera County jail (Medina County Release Report (SE-9) proves Medina took initial custody and transported plaintiff ,this may constitute fraud or tampering. The warrant was issued and delivered to the sheriff on February 19 2024 a county holiday when all nonessential offices were closed. I believe this to be proof of back dating and that there was no hearing or evidence review just rubber stamp making it a non-judicial act.

10. The Law Enforcement Case Submission Form (SE-6) was not executed until February 18, 2025 eight months after indictment (SE-5) questioning whether the District Attorney relied upon the prior assault conviction alone or presented a knowingly faulty case to the grand jury without the required evidence packet or Brady material.

11. False return on precept to serve (SE-11) – Plaintiff was never served with the indictment and had to obtain copies himself on October 3, 2024 (clerk receipt SE-13)—deprivation of due process notice rights.

12. The motion for dismissal (SE-20) in May 2025 was damage control ,not because victim no longer want to peruse charges. Avery Carlton never wanted to press charges (body-cam February 2024) and again made this clear in her February 2025 non-prosecution form (SE-15). DA Harpold's motion falsely recited victim reluctance as the sole reason, when the actual reason was Plaintiff's allegations to the judge at the May hearing of perjury and falsification. At the August evidentiary hearing, the DA tried to make Plaintiff leave and the judge refused to look at proof of perjury as DA whispered to him.

## CAUSES OF ACTION

### COUNT I – Fourth Amendment Malicious Prosecution / False Arrest

13. Defendants initiated and continued prosecution without probable cause by relying on deliberate falsehoods, under color of law defendants caused Plaintiff's arrest without probable cause, four-day detention, loss of job, impounded car, and bond costs.

### COUNT II – Fourteenth Amendment Fabrication of Evidence / Due Process

14.Defendants under color of law fabricated evidence, falsified judicial records (including the EPO that evicted Plaintiff from his home and caused loss of irreplaceable items), back filed documents without stamps or entry dates, and caused a faulty grand jury presentation—depriving Plaintiff of property, liberty, and fair process. Winzer, 916 F.3d at 476.

## COUNT III – Monell Liability – Entrenched Custom of Constitutional Violations Under Color of Law (Bandera County)

15.Bandera County maintains an entrenched custom—the normal, unchecked way of doing business—of perjury, falsification, false returns, back-filing, and deliberate indifference to constitutional rights. Lack of public information create a climate that enables violations without fear of accountability proven by the following non-exhaustive list of unchecked violations by multiple actors under color of law :

• Deputy Mhartain committed aggravated perjury (Tex. Penal Code § 37.03 – knowingly and recklessly false statement under oath) in the probable-cause affidavit (SE-2) with false claims of visible injury contradicted by his own body-camera (SE-3). • Boysen's nonjudicial act of falsified the Emergency Protective Order (SE-13) with a false recital of victim appearance, directly causing Plaintiff's eviction from his home and loss of property. • Sheriff's Office submitted false returns stating Bandera took custody in Medina County jail when Medina County jailers transported Plaintiff to Bandera County jail (Medina Release Report). • District Clerk back filed foundational documents without filing stamps or entry dates (missing October 2024, appeared January 2025 – SE-16 scan proof). • the District Judge informed Plaintiff that Appointed counsel Chad Bull waived arrangement with out plaintiff's knowledge or consent. Plaintiff did not meet Bull or communicate in any way with Bull until the December hearing. Bull refused to investigate exculpatory evidence—ratified by the county's inaction. • No actor was disciplined; the pattern was ratified at every level, depriving Plaintiff of due process, property (eviction/loss of items), and liberty and causing emotional and mental anguish and distress also endangering life causing physical and mental damage. While Bandera county has caused great monetary cost it pales in compression to the time it has deprived, the one thing there is no way to get back. This is the standard operating procedure in Bandera County. Monell v. Dep't of Soc. Servs., 436 U.S. 658 (1978); Pembaur v. City of Cincinnati, 475 U.S. 469 (1986); Davidson v. City of Stafford, 848 F.3d 384 (5th Cir. 2017).

## PRO SE LENIENCY & VERACITY

17. Plaintiff has labored exhaustively for months, reading and citing controlling authority. Plaintiff respectfully invokes Haines v. Kerner, 404 U.S. 519 (1972), and requests liberal construction and leave to amend any technical deficiency. Everything stated is true and correct under penalty of perjury—and provable with the attached exhibits.

## PRAYER FOR RELIEF

Plaintiff demands the following:

judgment for compensatory damages of not less than $2,000,000 \(including eviction from home, loss of irreplaceable property, loss of tools, lost contracts, unable to get bonded while out on bond, emotional distress, mental anguish and damage,  physical damage, fear, and loss of everything worked for his entire life —leaving him penniless and destitute twice. )

 punitive damages against each individual Defendant,

permanent injunction ordering immediate expunction of charges, correction of public records,

payment of all costs and private investigator/lawyer fees incurred,

federal oversight of Bandera County until it is brought to a standard of transparency and accountability to the people it serves (including full public online access to all filings and disciplinary records)

jury trial.

Respectfully submitted this 2st  day of December, 2025.

X _Keith Small_          /

s/ *Keith Alvin Small* Keith Alvin Small, Pro Se 8418 John Ralston Rd Houston, TX 77044 itdontdammatter@gmail.com

## VERIFICATION

I verify under penalty of perjury that the foregoing is true and correct.

Executed December 2, 2025. */s/ Keith Alvin Small*

X _Keith Small_

## TABLE OF CONTENTS EXHIBITS

1.  Exhibit SE-1: Affidavit/Complaint (sworn Feb 18, 2024 – Sunday)          p1

2.  Exhibit SE-2: Probable Cause Affidavit (perjured "redness" statement)          p2

3.  Exhibit SE-3: Body-Camera Transcript (no redness/medical inquiry mentioned)          p3-9

4.  Exhibit SE-4: Arrest Warrant (issued Feb 19, 2024 – holiday)          p10

5.  Exhibit SE-5: Indictment (charge changed without re-presentment)          p11

6.  Exhibit SE-6: Law Enforcement Case Submission Form (executed Feb 18, 2025)          p12

7.   Exhibit SE-7: Emergency Protective Order (epo) (falsified recital + handwritten alterations) p13-16

8.   Exhibit SE-8: EPO Application (backdated – appeared Jan 2025)          p17-18

9.  Exhibit SE-9: Medina County Release Report (Sep 28, 2024 – proves false return)          p19

10. Exhibit SE-10:Capias (false service/return)          p20

11. Exhibit SE-11: Precept to Serve (if any – false return)          p21

12. Exhibit SE-12: Magistrate's Warning (Sep 30, 2024, 3:05 PM)          p22

13. Exhibit SE-13: Clerk Receipt (Oct 3, 2024 – copies obtained by Plaintiff)          p23

14.  Exhibit SE-14: Avery Carlton Notarized statement (March 10, 2025)          p24

15. Exhibit SE-15: Avery Carlton Affidavit for Non-Prosecution (Feb , 2025)          p25

16. Exhibit SE-16: JP Copy of Complaint with March 2024 scan stamp (proof of back filing)          p26

17. Exhibit SE-17:State's Motion to Dismiss (false reason recited)          p27

18. Exhibit SE-18: I-docket print out (misrepresentation as assault or attempted murder)          p28

## AFFIDAVIT/COMPLAINT
### (Assault – Impeding Breathing or Circulation – Family Violence)

**IN THE NAME AND BY THE AUTHORITY OF THE STATE OF TEXAS:**

Before Me, The Undersigned Authority, On This Day Personally
Appeared Affiant, Who Being First Duly Sworn, Charges And Swears:
I, Richard Dean Mhartain, Being Duly Sworn, Do State Upon My Oath
That I Have Good Reason To Believe And Do Believe Based Upon
The Following Information; Victim's Recorded Verbal Statements,
And Officer's On-Scene Observations And, I Charge That Heretofore,
And Before The Making And Filing Of This Complaint, On Or About
Friday, February 16th, 2024, In The County Of Bandera And The
State Of Texas, Keith Alvin Small, Defendant, Did Then And There
Intentionally, Knowingly or Recklessly Impede The Normal Breathing
Or Circulation Of The Blood Of The Person By Applying Pressure To
The Person's Throat Or Neck Or By Blocking The Person's Nose Or
Mouth, A Violation Of The Penal Code Section 22.01
**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

_(W MHARTAIN_
**Complainant (Printed Name)**

_MVartan 8345_
**COMPLAINANT**

Sworn To And Subscribed Before Me By Richard Dean Mhartain,
A Credible Person, On This 18th Day of February A.D., 2024.

_Michael Case_
**Texas Peace Officer (Printed Name)**

_8318_
**TEXAS PEACE OFFICER**

Case No. 24-0893

Agency: Bandera County Sheriff's Office

Court:    198th District Court

Offense: 3rd Degree Felony

ORIGINAL: COURT OF JURISDICTION          COPY: JAIL FOLDER          COPY: CHIEF DEPUTY

_p 1 (SE-1)_

Sep. 30. 2024  4:06PM                                          No. 6734   P. 4/20



AFFIDAVIT FOR PROBABLE CAUSE

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF TEXAS

I, Richard Dean Mhartain, being Duly Sworn, Do State Upon My Oath that I Have Good Reason
To Believe Based Upon The Following:

On Friday, February 16, 2024 at 0602 hrs., Avery Carlton called the BCSO to report her
uncle had assaulted her, turned off the electricity, and fled location, 138 Wren, Bandera, Bandera
County, Texas 78003.

Upon arrival, Deputy Mhartain contacted Carlton. Carlton stated she has had issues with
her Uncle, Keith Alvin Small, since he has moved into the home sometime around Thanksgiving.
Today, Small was watching TV with the volume too loud disrupting Carlton's 2-year-old sleep.
When Carlton used the wi-fi to turn it down and off, Small became violent. Small choked Carlton
*restricting her breathing. Small fled the scene and before disappearing, he turned off the*
electricity to the residence.

Deputy Mhartain did see evidence of the assault, redness around Carlton's neck, and
inquired if Carlton required EMS/medical attention or was going to the hospital for the injury.
Carlton stated no.

Deputy Mhartain turned the electricity back to the residence and had Carlton sign the
BCSO Family Violence Notice/Rights form. Carlton stated she did want to file charges for the
Family Violence: Assault by Strangulation.

And, I Charge That Heretofore, And Before Making And Filing Of This Affidavit, On Or About
The 19th Day of February, 2024, In The County Of Bandera And The State Of Texas, **Keith
Alvin Small**, Defendant, Did Then And There Commit The Offense Of: Assault Impeding
Breathing/Circulation – Family Violence

Code/Section: Texas Penal Code 22 01

*signature*                                        *signature* 834
_____                          _____
Printed Name: Officer/Notary/Magistrate            Affiant/Complainant Signature

Sworn To And Subscribed Before Me By Richard Dean Mhartain A Credible Person, On This
18th Day Of February, 2024.

*signature*                                        *signature* 83/8
_____                          _____
Printed Name: Officer/Notary/Magistrate            Officer/Notary/Magistrate
Signature

Case Number: 24-0893
Agency: Bandera County Sheriff's Office
Court: District Attorney
Offense Class: Felony 3rd Degree

p2 (SE-2)

1 <ahartain;s body cam

2 `[00:00:00]` **map service:** Then the destination is on your right.

3 `[00:00:00]` **map service:** Arrived.

4 `[00:00:00]` **deputy Mhartain:** 83-45, I'll be out at 138 Wren.

5 `[00:01:27]` **deputy Mhartain:** Hello.

6 `[00:03:39]` **Avery:** Hi.

7 `[00:03:40]` **deputy Mhartain:** Did you call?

8 `[00:03:40]` **Avery:** I did.

9 `[00:03:40]` **deputy Mhartain:** How is it I may help?

10 `[00:03:40]` **Avery:** I don't know where he lives.

11 `[00:03:41]` **Avery:** Yes. Me and him- so I live here with my grandmother and my daughter. She is going to
12 be very very upset that I called you.

13 `[00:03:42]` **deputy Mhartain:** Your daughter?

14 `[00:03:42]` **Avery:** No, my grandmother.

15 `[00:03:42]` **deputy Mhartain:** Okay.

16 `[00:03:42]` **Avery:** But he's been living here for the past couple- since thanksgiving. Me and him don't get
17 along, and everybody knows this. But he had come out to try- or he was watching TV and he had turned it up
18 super super loud, and just playing music on it. And my two year old little girl was sleeping at the time.

19 `[00:04:07]` **Avery:** And I had come out and I was like, "Hey, will you turn it down?" And me and him, I
20 had family dispute with him the other day.

21 `[00:04:15]` **Avery:** It was over a money situation over bills and all of that but it was taken care of and we
22 had talked about it. And I guess he was still upset about it, and he goes, "Fuck you, shut up," and whatever. And
23 I also have a friend over and I was like, "Dude, can you please turn it down? This is a little rude."

24 `[00:04:29]` **Avery:** And so he had ... next to the Wi-Fi so I took ... turning it down on my phone and he
25 kept fighting me with the remote and kept getting more and more mad and more irritated. And then I had finally
26 just muted it off of my phone.

27 `[00:04:44]` **Karstal Small Avery's mother:** He's got anger issues.

28 `[00:04:46]` **Avery:** He's got major anger issues.

29 `[00:04:47]` **deputy Mhartain:** Who's that?

30 `[00:04:47]` **Avery:** This is my mother, his sister.

31 `[00:04:50]` **deputy Mhartain:** Okay.

32 `[00:04:51]` **Avery:** But then he went out

33 `[00:04:56]` **Avery:** up here and I don't know where it's at, but flip the breaker to the house.

34 `[00:05:00]` **deputy Mhartain:** Okay.

35 `[00:05:01]` **Avery:** So now, there's no electricity inside.

P 3 (SE-3)

1   [00:05:03] **deputy Mhartain:** Well, let's go find it.

2   [00:05:03] **Karstal Small Avery's mother:** It could be on the pole somewhere.  ... .

3   [00:05:03] **Karstal Small Avery's mother:** Yes, it's on the pole.

4   [00:05:04] **Avery:** Outside the front  ... ?

5   [00:05:18] **Karstal Small Avery's mother:** That's  ...  the other side.

6   [00:05:21] **Karstal Small Avery's mother:** Oh, the front door, the red door.

7   [00:05:21] **Avery:** Other side.

8   [00:05:22] **Karstal Small Avery's mother:** It should be.

9   [00:05:25] **Avery:** But they came out here and did that, and then started- she has an hang rack in there and
10  started clanging against it. And I was- and I walked out and I was like, "Dude, my kids trying to sleep, why are
11  you being like this?" And then, he just started screaming, "Shut the fuck up.  ... ." And it was  ... .

12  [00:05:42] **deputy Mhartain:** That's not it.

13  [00:05:52] **Avery:** No?

14  [00:05:52] **deputy Mhartain:** No, this one.

15  [00:05:53] **Avery:** Okay.

16  [00:05:56] **Avery:** Well, yeah, he found it.

17  [00:06:01] **Karstal Small Avery's mother:** Okay.

18  [00:06:01] **Avery:** But he was like, "Shut the fuck up, you stupid cunt." I was like, "Dude, I just need you
19  to turn it down." And then, he ended up getting  ... . And I was like, "I'm sorry that you still had your feelings
20  hurt from the last time that we talked. But there's no reason for you to act this way." And that's when he had- put
21  me in a chokehold and pushed me up against the wall.

22  [00:06:24] **Avery:** And then, my friend had come out and told him to get off of me. And then, he had let
23  me go and started talking more crap. And then, he was like- and then, got in my face and was like, I didn't- or
24  then was like, "I didn't touch you." This, that and the other. "Then you came up to me-", and blah, blah, blah. I
25  was like, "Dude, I didn't-", and he got up in my face again. I did smack him at that point.

26  [00:06:49] **Karstal Small Avery's mother:** And you were punching him, when you-

27  [00:06:51] **Avery:** Yes, and I punched and hit him, while he grabbed a hold of me, trying to get him to let
28  go of me.

29  [00:06:58] **deputy Mhartain:** Okay. Well, this is probably-

30  [00:07:02] **Avery:** Oh, it would be this one. It's the one right outside the door, right? In the yard?

31  [00:07:08] **Karstal Small Avery's mother:** It should  ... .

32  [00:07:10] **deputy Mhartain:** There's two of 'em.

33  [00:07:11] **Avery:** Huh?

34  [00:07:12] **deputy Mhartain:** Why don't you go see if the power's off?

35  [00:07:17] **Avery:** I will.

36  [00:07:20] **Karstal Small Avery's mother:** He might've turned it inside.

P 4 (SK-3)

1   [00:07:20]  **Avery:** No, I looked at the one inside and  ...  off.

2   [00:07:26]  **Karstal Small Avery's mother:** Okay.

3   [00:07:26]  **Avery:** But, he might be in the shed.

4   [00:07:30]  **deputy Mhartain:** Hey, you got electricity now.

5   [00:07:39]  **Avery:** Yeah, I think  ... .

6   [00:07:55]  **deputy Mhartain:** What's his name?

7   [00:07:55]  **Avery:** Keith.

8   [00:07:56]  **Avery:** If he's not in there, then he left for work.

9   [00:08:16]  **deputy Mhartain:** Is this where he staying?

10  [00:08:24]  **Avery:** Yes, ma'am- o yes sir, sorry.

11  [00:08:27]  **deputy Mhartain:** Okay, So when he put his hand around your neck, did he tried to stop you
12  form breathing?

13  [00:08:41]  **Avery:** Yes.

14  [00:08:41]  **deputy Mhartain:** That's a very important question.

15  [00:08:43]  **Avery:** Yes. He had then-

16  [00:08:49]  **Karstal Small Avery's mother:** Okay.

17  [00:08:49]  **Avery:** Well, and then he had then said to me  ... .

18  [00:08:50]  **deputy Mhartain:** Close your eyes.

19  [00:08:51]  **Avery:** He had then, said to me, "Try it or see if I won't  ... ." Making empty verbal threats. I am
20  not scared of the fact that he would hurt my grandmother, nor my child. I am just no longer safe in the
21  comfortability fact of mine and his relationship, since this is the second time that I or a neighbor has called y'all
22  due to a dispute that we have had.

23  [00:09:20]  **Avery:** And now my house is absolutely trashed, including one of my daughter's toys being
24  broken.

25  [00:09:27]  **deputy Mhartain:** Okay, so is this your house or your grandmother?

26  [00:09:29]  **Avery:** My grandmother's house.

27  [00:09:29]  **deputy Mhartain:** Okay.

28  [00:09:30]  **Avery:** I lived with her since I was 12, so.

29  [00:09:33]  **Avery:** I do rent for my part of the house as well, so.

30  [00:09:39]  **deputy Mhartain:** Okay.

31  [00:09:39]  **Karstal Small Avery's mother:** ...  one time.

32  [00:09:39]  **deputy Mhartain:** So what we're gonna need- I mean I don't mind filing charges and getting a
33  warrant for his arrest, but he can't stay here. And so he's going to have to be evicted out of here and-

34  [00:09:57]  **Avery:** I don't know if his name's on the lease. He's been staying  ...  here since  ... , but.

p 5 (SE-3)

1   [00:09:59] **deputy Mhartain:** It doesn't matter that his name's on the lease, it's obvious he lives here.

2   [00:10:02] **Avery:** Yes.

3   [00:10:02] **deputy Mhartain:** Yes. So he'll have to be officially evicted off the property.

4   [00:10:11] **Avery:** So-

5   [00:10:11] **deputy Mhartain:** I mean unless he goes voluntarily.

6   [00:10:14] **Avery:** I mean I would prefer that way. I would prefer him to just leave voluntarily.

7   [00:10:19] **deputy Mhartain:** Okay.

8   [00:10:20] **Avery:** If I don't have to press charges, I don't want to.

9   [00:10:22] **deputy Mhartain:** No, this had nothing to do-

10  [00:10:23] **Avery:** Yeah.

11  [00:10:23] **deputy Mhartain:** Pressing charges has nothing to do with that. It's just, if the court is going
12  to- the DA's gonna take this case, and the JP finds him guilty, he can't stay here. So he's gotta go.

13  [00:10:44] **Avery:** Yes, sir.

14  [00:10:45] **deputy Mhartain:** So there's an eviction process that has to be taken care of also.

15  [00:10:51] **Avery:** Okay.

16  [00:10:52] **deputy Mhartain:** And that'll have to be through your grandmother, since she owns the
17  property.

18  [00:10:56] **Avery:** Yes, sir.

19  [00:10:57] **deputy Mhartain:** Okay. So I have a form for you to fill out.

20  [00:11:00] **Karstal Small Avery's mother:** We'll figure it out. We'll figure that part out. ... .

21  [00:11:02] **Avery:** Huh?

22  [00:11:06] **Karstal Small Avery's mother:** I said  ... .

23  [00:11:07] **deputy Mhartain:** What is your last name?

24  [00:11:10] **Avery:** Carlton.

25  [00:11:10] **deputy Mhartain:** First name?

26  [00:11:15] **Avery:** Avery.

27  [00:11:16] **deputy Mhartain:** Date of birth?

28  [00:11:20] **Avery:** 10-6-0-3.

29  [00:11:21] **deputy Mhartain:** And his name?

30  [00:11:24] **Avery:** Keith Small.

31  [00:11:25] **deputy Mhartain:** His date of birth?

32  [00:11:29] **Avery:** Mom, do you know his birthday?

p 6 (SE-3)

1    [00:11:31] **Karstal Small Avery's mother:** It's 5-10 and '79.

2    [00:11:32] **Avery:** '79.

3    [00:11:32] **Karstal Small Avery's mother:** I think it's either- no, it's March 5th or March 4th.

4    [00:11:33] **deputy Mhartain:** 83-45.

5    [00:11:34] **Speaker 3:** 83-45.

6    [00:11:45] **deputy Mhartain:** Avery Carlton, do you have her in our system?

7    [00:11:52] **Speaker 3:** ...  she's clear. We've put in the call as well as the  ... .

8    [00:12:00] **deputy Mhartain:** Keith Small?

9    [00:12:03] **Speaker 3:** 10-4, we have him as well. He's not ... but he's in the call.

10   [00:12:10] **deputy Mhartain:** 10-4, thank you. And they're still out with the complainant. Let me have the
11   case number.

12   [00:12:16] **Speaker 3:** Case number 0-8-9-3. 0-8-9-3.

13   [00:12:28] **Karstal Small Avery's mother:** ...  will the state press charges?

14   [00:12:31] **Avery:** If I don't press charges, will the state?

15   [00:12:36] **deputy Mhartain:** No.

16   [00:12:37] **Avery:** No.

17   [00:12:37] **deputy Mhartain:** 'Cause you're the witness, and if you're not gonna testify by not pressing
18   charges, well then, I'm wasting my time, right?

19   [00:12:47] **Karstal Small Avery's mother:** He needs to  ...  but it's difficult  ... .

20   [00:12:53] **deputy Mhartain:** Let me go get a business card and that form for you to fill out real quick.

21   [00:12:57] **Avery:** Okay, I'm gonna go over to the restroom really quick.

22   [00:13:00] **deputy Mhartain:** And put some shoes on.

23   [00:13:00] **Avery:** Yes, sir.

24   [00:13:00] **deputy Mhartain:** Okay.

25   [00:13:00] **Karstal Small Avery's mother:** I'm surprised he was  ...  back home.

26   [00:19:48] **deputy Mhartain:** Okay. So I pretty much got this filled out. So

27   [00:19:58] **deputy Mhartain:** ...  up.

28   [00:20:10] **deputy Mhartain:** So on this first section here, take my pen. Yeah, I already filled out the top
29   portion, so right here, if you'll check the first box in one of the other two, see what it says first.

30   [00:20:27] **deputy Mhartain:** Okay.

31   [00:20:34] **Speaker 4:** How long will it take  ... ?

32   [00:20:38] **deputy Mhartain:** A couple weeks.

33   [00:20:45] **Speaker 4:** A couple weeks? Okay.

1  [00:20:47]  **deputy Mhartain:** Okay. And then, if you will sign it, I will be giving you a copy of that.

2  [00:20:58]  **Avery:** Okay, next one?

3  [00:21:01]  **deputy Mhartain:** No, that's it.

4  [00:21:02]  **Avery:** Okay.

5  [00:21:02]  **deputy Mhartain:** You're done?

6  [00:21:03]  **Avery:** Yes.

7  [00:21:03]  **deputy Mhartain:** That's your signature?

8  [00:21:04]  **Avery:** Yes, sir.

9  [00:21:05]  **Avery:** It's just ... scratch.

10  [00:21:08]  **deputy Mhartain:** Did he witness that?

11  [00:21:18]  **Avery:** Yes.

12  [00:21:19]  **Speaker 4:** Hey, ... you need to ... -

13  [00:21:22]  **Avery:** Him along with my friend that I have in the house.

14  [00:21:25]  **Speaker 4:** Ask him if you need ... restraining order or it covers it.

15  [00:21:28]  **Avery:** Would that be something that I would need to do, or?

16  [00:21:34]  **deputy Mhartain:** A restraining orders are orders by the court.

17  [00:21:37]  **Avery:** Okay.

18  [00:21:38]  **deputy Mhartain:** You can- because your injuries do not require medical attention.

19  [00:21:46]  **Avery:** Yes.

20  [00:21:46]  **deputy Mhartain:** Then I don't know if you would be subject of getting an actual protective
21  order, which is an order of the court that if he violates he can go to jail. A restraining order- we cannot enforce
22  those. We can enforce protective order.

23  [00:22:10]  **Avery:** Okay.

24  [00:22:10]  **deputy Mhartain:** So you would have to talk to the DA and see if you get yourself an actual
25  protective order.

26  [00:22:16]  **Avery:** Okay.

27  [00:22:17]  **deputy Mhartain:** If not, then a restraining order would be appropriate. A restraining order,
28  you would have to go through a private attorney for that.

29  [00:22:28]  **Avery:** Those are typically the ones that are for a little bit more violent situation.

30  [00:22:32]  **deputy Mhartain:** No, protective orders are.

31  [00:22:33]  **Avery:** Oh, ... .

32  [00:22:33]  **deputy Mhartain:** So protective orders, I can make an arrest, right this second.

33  [00:22:40]  **Avery:** Okay.

P 8 (SE-3)

1  [00:22:41]  **deputy Mhartain:** So ... -

2  [00:22:43]  **Avery:** Restraining orders are more of the processed route?

3  [00:22:46]  **deputy Mhartain:** Right.

4  [00:22:46]  **Avery:** Okay.

5  [00:22:47]  **Speaker 4:** Okay.

6  [00:22:47]  **Avery:** Okay, well, thank you for coming out here and helping me turn my electricity back on.

7  [00:22:53]  **deputy Mhartain:** Sure. So when he shows up, I would do what you can to get him to move
8  voluntarily, and if he even looks at you crosswise and curses you before he gets the syllable out, just call 9-1-1
9  and get us back out here and we'll see what we can do.

10  [00:23:27]  **Avery:** Yes sir, thank you.

11  [00:23:29]  **deputy Mhartain:** Okay, where does he work?

12  [00:23:31]  **Avery:** He's actually been working down the road at a neighbor's house, other than that I don't
13  know.

14  [00:23:38]  **deputy Mhartain:** So there'd be no reason for him not to come over here for lunch?

15  [00:23:40]  **Avery:** That's more than- it's a probability. I'm going to clean up my house and situate all of
16  that and let my daughter finish sleeping and all of that fun stuff and get her breakfast, and then I am leaving the
17  house.

18  [00:23:54]  **deputy Mhartain:** Okay.

19  [00:23:54]  **Avery:** So I should not be here when he gets here and hopefully he doesn't come back, and- but
20  if he does end up coming back shortly after seeing your vehicle leave, you will receive a phone call from me
21  once again.

22  [00:24:07]  **deputy Mhartain:** Good, I'm here till six o'clock this evening.

23  [00:24:10]  **Avery:** All right.

24  [00:24:10]  **Avery:** Thank you so much.

25  [00:24:15]  **deputy Mhartain:** Yes, ma'am.

p 9 (SE-3

Sep. 30. 2024  4:13PM                                          No. 6734   P. 3/20

# WARRANT OF ARREST

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

To any peace officer of the State of Texas, Greeting:

\*File No. _CRNJ-24-060_

\* IN JUSTICE COURT

You are Hereby Commanded to arrest Keith Alvin Small _____ if to be found

\* PRECINCT NO. 3

In your County and bring before me, Randall Boysen _____ a Justice of the Peace

\* BANDERA COUNTY, TEXAS

In and for Precinct No. 3 _____, of BANDERA COUNTY at my office in Bandera, Texas in

said County, then and there to answer the State of Texas on the offense against the laws of said

\* THE STATE OF TEXAS

State, to-wit: Assault Impeding Breathing/Circulation - Family Violence

\*                      VS

Which offense He, Keith Alvin Small _____ is accused by the written

\* Keith Alvin Small

Complaint under oath of Deputy Richard Dean Mhartain _____,

\* Defendant Name

Filed before me on this the 19 day of February, 20 24.

\* DOB: 3/10/1979

\* DL No: 02409128

HEREIN FAIL NOT, but of this writ make due return, showing how you have executed the same.

\* WARRANT OF ARREST

Witness my official signature this the 19 day of FEB, 20 24.

\* Issued _02/19/2024_

\* Justice of the Peace

Randall Boysen
Justice of the Peace, Pct. 3
Bandera County, Texas

\* Precinct No. 3

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## SHERIFF'S OR CONSTABLE'S RETURN

Came to hand the 19 day of Feb, at, 2 o'clock P. M., and executed on the 28th day of September, at _____ o'clock ____. M., by arresting the within named Small, Keith _____ at Medla Co. Jail in Medla _____ County, and Taking his bond, placing him in jail at Bandera _____.

I actually and necessarily traveled _____ miles in the service of this writ, in addition to any other mileage I may have Traveled in the service of other process in this cause during the same trip.

FEES - - -Making Arrest- $ _____

BOND: $ _____

Warrant Fee: $ _____         Mileage - - - - - $ _____
Fine Amount: $ _____
Fee Amount: $ _____          Taking Bond - -$ _____
                              Commitment - $ _____         Daniel R. Butts
Total:      $ _____                                        Sheriff/Constable
                              Release - - - - - $ _____

                              Total - - - - - -$ _____     Bandera _____ County, Texas

TOTAL AMOUNT DUE $ _____                                    By: Shuller _____
                                                                Deputy

p 10 (SE-4)

CASE NO. CR24- 106      STATE OF TEXAS VS. **KEITH ALVIN SMALL**
CHARGE: ASSAULT FAM/HOUSE MEM IMPEDE BREATH/CIRCULAT
          (22.01(b)(2)(B) )  (DPS CODE 13990076) **TRN** _____
BANDERA COUNTY, TEXAS 198TH DISTRICT COURT:  ARREST DATE: _____
AGENCY: Bandera County Sheriff's Office        CASE NO: 24-0893
DL TX02409128  SS# 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  SID# TX-06154030  DOB 3-10-1979  CTRL# 24-0279-BC
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## I N D I C T M E N T

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS

THE GRAND JURORS FOR THE COUNTY OF BANDERA, STATE OF TEXAS, DULY SELECTED, IMPANELED, SWORN, CHARGED AND ORGANIZED AS SUCH AT THE JANUARY TERM, A.D., 2024, OF THE 198TH JUDICIAL DISTRICT COURT OF SAID COUNTY, UPON THEIR OATHS PRESENT IN AND TO THE COURT, THAT **KEITH ALVIN SMALL**, DEFENDANT,

ON OR ABOUT 2-16-2024, AND BEFORE THE PRESENTMENT OF THIS INDICTMENT, IN SAID COUNTY AND STATE, DID THEN AND THERE INTENTIONALLY, KNOWINGLY, OR RECKLESSLY CAUSE BODILY INJURY TO AVERY LYNN CARLTON, HEREAFTER STYLED THE COMPLAINANT, A MEMBER OF THE DEFENDANTS HOUSEHOLD AS DESCRIBED BY SECTION 71, FAMILY CODE, BY INTENTIONALLY, KNOWINGLY, AND RECKLESSLY IMPEDING THE NORMAL BREATHING OR CIRCULATION OF THE BLOOD OF THE COMPLAINANT BY APPLYING PRESSURE TO THE THROAT OR NECK OF THE COMPLAINANT WITH HIS HANDS,

**PRIOR CONVICTION ENHANCEMENT:**

AND IT IS FURTHER PRESENTED IN AND TO SAID COURT THAT, PRIOR TO THE COMMISSION OF THE AFORESAID OFFENSE (HEREAFTER STYLED THE PRIMARY OFFENSE), ON THE 25TH DAY OF MARCH, 2004, IN CAUSE NUMBER 3317-02 IN THE 216TH DISTRICT COURT OF BANDERA COUNTY, TEXAS, THE DEFENDANT WAS CONVICTED OF THE FELONY OFFENSE OF ASSAULT ON A PUBLIC SERVANT.

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

FOREMAN OF GRAND JURY
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DATE FILED: 6-11-2024
198TH DISTRICT CLERK, TAMMY KNEUPER
BANDERA COUNTY, TEXAS
BY: _____                DISTRICT ATTORNEY
AMOUNT OF BOND: $ 10,000.00
ASSAULTIVE BOND CONDITIONS

p11 (SE-5)

**Law Enforcement Case Submission Form (with Certification)**

| | | DOB | 03-10-79 |
|---|---|---|---|
| Defendant | Keith Alan Small | ID/DLN | 02409728 |
| SSN | 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 | ID DL State: | Texas |

Offense Description: Assault - Impede Breath or Circulation   Family Violence

DPS Code
Offense Date   02-16-24
Arrest Date:   Warrant Issued
Submitting Agency   Bandera S.O.
Case No.   #24-0693
Degree   F3
Inv. Officer   Deputy, Richard Mhartain ■
Other

☐ County Attorney   ☐ 216th District Attorney   ■ 198th District Attorney

**Check only the box for each item submitted with this case**

Officer   ■ Officer, Deputy, Richard Mhartain   ☐ Officer   ☐ Officer   ☐ Other

**Reports/Supplements:**
■ Officer   Sgt. Bruce Page   ☐ Officer
☐ Crash Report   ☐ CR13   ☐ DIC 25   ☐ DIC 23A   ☐ DIC 24   ☐ DIC 25   ☐ Other

**Victim/Witness statements:**   ☐ Victim
☐ Witness statement (list number of statements)

**Defendant's statement:**   ☐ Recorded   ☐ Written   ☐ Miranda (if custodial)

**Complaints/Affidavits/Booking**   ■ PC Affidavit(s)   ■ Arrest warrant (if used)   ☐ Arrest sheet
☐ Search Warrant (signed affidavit, warrant and return)

**Search:** ☐ PC Search   ☐ Verbal   ■ Consent form

**Evidence/Media:**

| Officer Name | Pixel Video | Body Cam | Photos | Audio Rec. | Interview Rec. | 911 Rec. | Results Video | Other |
|---|---|---|---|---|---|---|---|---|
| Deputy Richard Mhartain | ☐ | ■ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ |
| | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

☐ Other Media

**Laboratory:** ☐ Lab submission   ☐ Other   ☐ Results Pending   ☐ Results Received
Analysis Requested   ☐ Drug   ☐ Alcohol   ☐ Latent   ☐ Other

**Records (records will not be accepted without certification\* or business records affidavit\*\* attached-if applicable:**
☐ Property Submission Check In Form
☐ Prior judgments (if element of offense\*
☐ Affidavit of Person Who Withdrew Blood
☐ Sex Offender Registration\*
☐ Restitution Amount
☐ Restitution To
☐ Vehicle Inventory
☐ Cert DPS Abstract
☐ Breath Alcohol Report
☐ Non-Pros Affidavit
☐ Forgery Affidavit
☐ Other
☐ Evidence Log
☐ Chain of Possession
☐ Map of DHZ
☐ Lal mail (if utilized)
☐ Bank Credit Card\*\*
☐ Autopsy
☐ Subpoena
☐ Medical\*\*
☐ DPS APS\*
☐ Telephone\*

**Criminal History/DL Return\*:** Defendant ■ DL ID ■ CCH   Co-Defendant ☐ DL ID ☐ CCH ☐ Veh. Regis.
Victim ■ DL ID ☐ CCH   Witness ☐ DL ID ☐ CCH   Other

By signing below, you are certifying that you have knowledge of the case, that all documents, items, and information in the possession of your agency that are required to be disclosed to the defendant in this case under Tex. Code Crim. Proc. Ann., art. 39.14 have been disclosed to the prosecuting attorney, and that if any time after the filing of this case with the prosecuting attorney, the agency discovers or acquires any additional document, item, or information required to be disclosed to the defendant under Tex. Code Crim. Proc. Ann., art. 39.14, an agency employee shall promptly disclose the document, item, or information to the prosecuting attorney. By signing below, you also represent that you have attached all of the items checked above, that you are providing us with any and all information pertaining to this case from any source, and that you will give to us any additional evidence that you learn of any time after the date of this submission, and that you will take steps to preserve and protect any evidence in any manner relevant to this case.

Signed by _____ #8314                           Date 05/01/2024

Received by   **STEPHEN HARPOLD** County Attorney ☐ 216th ☒ 198th ☐ Other   Date 2-18-2025

\* The criminal history of any person, any photograph or document containing child pornography of any recording of the child pornography, Tex. Crim. Proc. Code Ann. article 39.14 will only be provided to a defense attorney with an appropriate court order, but is subject to inspection at the office of the County/District Attorney during normal business hours.

Discovery compliance d                                                                 Rev. 5-2021

P 12 SE-6

2x Exhibit C

DEFENDANT COPY                    DEFENDANT COPY

**MAGISTRATE'S EMERGENCY PROTECTIVE ORDER**
TEX. CODE CRIM. PROC. ANN. art. 17.292

No. _CRM 3 · 24 - 488_

| | | |
|---|---|---|
| IN THE MATTER OF | § | IN THE JUSTICE COURT |
| | § | PCT. _3_ |
| Keith Alvin Small | § | BANDERA COUNTY, TEXAS |
| | | SITTING AS MAGISTRATE |

**MAGISTRATE'S EMERGENCY PROTECTIVE ORDER**

On the _30TH_ day of _Sept_ , 20 _24_ , Applicant appeared, who is:

- [✓] the victim;
- [ ] the victim's guardian;
- [ ] a peace officer; or
- [ ] the State's attorney, in the above styled case.
- [ ] the magistrate's own motion

Applicant is seeking a Magistrate's Emergency Protective Order against _____ Keith Alvin Small _____
Defendant, based on the findings set forth below, for the protection of:

| | | | |
|---|---|---|---|
| Name | **Avery Carlton** | Relationship to Defendant | **niece** |
| Name | | Relationship to Defendant | |
| Name | | Relationship to Defendant | |
| Child | | Relationship to Defendant | |
| Child | | Relationship to Defendant | |
| Child | | Relationship to Defendant | |
| Child | | Relationship to Defendant | |
| Child | | Relationship to Defendant | |
| Child | | Relationship to Defendant | |

The court finds that, on this the _30TH_ of _Sept_ , 20 _24_ , Defendant was arrested by _____ , a duly-authorized peace officer, for the offense of:

- [ ] Sexual Assault an offense under § 21.011, Texas Penal Code;
- [ ] Aggravated Sexual Assault an offense under § 22.021, Texas Penal Code;
- [ ] Stalking an offense under § 42.072, Texas Penal Code;
- [✓] family violence, as defined in § 71.004, Texas Family Code; involving:
  - [ ] assault;
  - [✓] assault with bodily injury; ~ Impeed. Breath / Circulation
  - [ ] assault with serious bodily injury;
  - [ ] use or exhibition of a deadly weapon during commission of an assault

- [ ] trafficking of persons or continuous trafficking of persons

- [ ] The court further finds that Defendant is licensed by the State of Texas to carry a concealed handgun; and

- [ ] The court finds that Applicant has requested confidentiality of addresses for the protection of the victim(s) named herein, and that there is good cause to keep the addresses confidential.

The court further finds that application was properly made and

- [✓] there is good cause to issue a Magistrate's Emergency Protective Order; or

- [ ] It is mandatory for the court to issue a Magistrate's Emergency Protective Order.

THEREFORE, it is the JUDGMENT of this Court that _____ Avery Carlton _____ , Applicant, shall have judgment against _____ Keith Alvin Small _____ , Defendant according to the terms of the court's Order set out below.

Page 1 of 3

P 13 (SE-7)

ORDER OF THE COURT

<div style="border:1px solid">

## WARNING

A VIOLATION OF THIS ORDER BY COMMISSION OF AN ACT PROHIBITED BY THE ORDER MAY BE PUNISHABLE BY A FINE OF AS MUCH AS $4000.00 OR BY CONFINEMENT IN JAIL FOR AS LONG AS ONE YEAR OR BY BOTH. AN ACT THAT RESULTS IN FAMILY VIOLENCE OR A STALKING OR TRAFFICKING OFFENSE MAY BE PROSECUTED AS A SEPARATE MISDEMEANOR OR FELONY OFFENSE, AS APPLICABLE. IF THE ACT IS PROSECUTED AS A SEPARATE FELONY OFFENSE, IT IS PUNISHABLE BY CONFINEMENT IN PRISON FOR AT LEAST TWO YEARS.

THE POSSESSION OF A FIREARM BY A PERSON, OTHER THAN A PEACE OFFICER, AS DEFINED BY SECTION 1.07, PENAL CODE, ACTIVELY ENGAGED IN EMPLOYMENT AS A SWORN, FULL-TIME PAID EMPLOYEE OF A STATE AGENCY OR POLITICAL SUBDIVISION, WHO IS SUBJECT TO THIS ORDER MAY BE PROSECUTED AS A SEPARATE OFFENSE PUNISHABLE BY CONFINEMENT OR IMPRISONMENT. POSSESSION, TRANSPORTATION OR RECEIPT OF A FIREARM OR AMMUNITION WHILE THIS ORDER REMAINS IN EFECT MAY BE A FELONY UNDER FEDERAL LAW AND MAY BE PUNISHABLE BY UP TO TEN YEARS IN PRISON AND/OR A FINE.

THIS ORDER IS ENFORCEABLE IN ALL FIFTY STATES, THE DISTRICT OF COLUMBIA, TRIBAL LANDS AND U.S. TERRITORIES, 18 U.S.C. SEC. 2261, 2262.

NO PERSON, INCLUDING THE PERSON WHO IS PROTECTED BY THIS ORDER, MAY GIVE PERMISSION TO ANYONE TO IGNORE OR VIOLATE ANY PROVISION OF THIS ORDER. DURING THE TIME IN WHICH THIS ORDER IS VALID, EVERY PROVISION OF THIS ORDER IS IN FULL FORCE AND EFFECT UNLESS A COURT CHANGES THIS ORDER.

</div>

**It is the ORDER of this court,** pursuant to Article 17.292, Texas Code of Criminal Procedure, that _____ Keith Alvin Small _____, Defendant, shall be prohibited from (check all that apply):

1. ☑ committing _family violence,_ as defined in § 71.004, Texas Family Code, against persons listed above or an assault on the person seeking protection;

2. ☑ committing an act in furtherance of _stalking,_ an offense under § 42.072, Texas Penal Code, against those persons named above;

3. ☑ communicating directly with a member of the family or household or with the person seeking protection in a threatening or harassing manner;

4. ☑ communicating a threat through any person to a member of the family or household or to the person seeking protection; OR

5. ☐ the magistrate finds good cause that the respondent should not, **in any manner** communicate with a person protected under this order or a member of the family or household of a person protected under this order, **except through the party's attorney or a person appointed by the court.**

6. ☑ going to or within **300** feet of residence ~~138 ICA DR. Bandera TX 78003~~ _Party Residence of Avery CarMan_

**(For the next two items, give specific addresses in the spaces provided unless confidentiality of addresses is ordered. See box below for confidential addresses.)**

☐ place of employment, or business of a member of the family or household or of the person seeking protection, at _____ 138 Wren Rd, Bandera, Texas 78003 _____; or

☐ child care facility, or school where a child protected under the order resides or attends at _____

☐ other address _____

P 14 (SE-2)

IF CONFIDENTIA... Y OF ADDRESSES IS ORDERED, USE THE FOLLOW...:

☐ "Any residence of
(name/s of victim/s) in _____ County, Texas", AND/OR

☐ "Any place of employment/business of
(name/s of victim/s) in _____ County, Texas", AND/OR

☐ "Any Child care facility/school of
(name/s of child/children) in _____ County, Texas", AND/OR

7 . ☐ **IT IS FURTHER ORDERED** that Defendant's concealed handgun license is hereby **SUSPENDED** and, upon demand by the Texas Department of Public Safety, Defendant shall surrender the license to the Department; and the suspension shall be effective for the duration of this Order.

8 . ☑ **IT IS FURTHER ORDERED** that, the Defendant be served a copy of this Order by the magistrate; and that said Order **SHALL BE IN FULL FORCE AND TAKE EFFECT** when served upon Defendant for a period of _91_ days; from this the _30TH_ day of _Sept_ , 20 _24_ until midnight the _30TH_ day of _DEC_ , 20 _24_ and

9 . **IT IS FURTHER ORDERED** that copies of this Order shall be sent immediately to the following persons or organizations by the Magistrate or his/her designee (check all that apply):

☑ Full copy of Application and Order to the Bandera County Sheriff's Office
☑ Full copy of Application and Order to the Prosecuting Attorney's Office
☑ Copy of Order to Bandera City Marshal's Office
☑ Copy of Order to Bandera County Constable of Pct. 1, Pct. 2, Pct. 3 and Pct. 4.
☑ Copy of Order to Victim _AVERY CARLTON_
☐ Copy of Order to School _____
☐ Copy of Order to Day Care Facility _____
☐ Full copy of Application and Order to the concealed Handgun Licensing Section, Texas Department of Public Safety P.O. Box 4143 Austin, TX 78765-4143.

A copy of this order was given to Defendant on this date as set forth in Defendant's Acknowledgement attached hereto.

This  MAGISTRATE'S EMERGENCY PROTECTIVE ORDER  is  SIGNED AND ENTERED on this _30TH_ day of _Sept_ , 20 _24_ , in the above-named and numbered cause.

_Randall J. Bynum_
JUSTICE OF THE PEACE,
PCT. _3_
BANDERA COUNTY, TEXAS

Page 3 of 3

P 15 (SE-7)

## DEFENDANT'S ACKNOWLEDGEMENT OF RECEIPT OF ORDER

I, _____ **Keith Alvin Small** _____ (name of Defendant), in this case received a copy of the Magistrate's Order for Emergency Protection in person.

Defendant

## STATEMENT OF SERVICE

I, the undersigned, hereby state that a copy of the Magistrate's Order for Emergency Protection was given to the Defendant named above at ___3 : 13 Pm___ on this the ___207th___ day of ___Sept___, 20 __24__.

NAME     Randall J. Bryson

TITLE     JP3   Bandera Co.

Page 1 of 1

P16 (SE-?)

## PROTECTIVE ORDERS APPLICATION

The intent of this form is to aid courts with collecting and providing to local law enforcement agencies pertinent information regarding protective orders for the purpose of data entry.

| ORI: | EMERGENCY PROTECTIVE ORDER | COURT: |
|---|---|---|
| OCA: | EPO#: CRm3-24-488 | JP3 Bandera Co. |
| DATE ISSUED: 69/30/2024 | DATE EXPIRES: 12/30/2024 | |

### ***RESPONDENT (DEFENDANT) INFORMATION***

**NAME OF RESPONDENT:** Keith Alvin Small    DOB: 3/10/1979    SEX: **MALE**

Race: **WHITE**    Ethnicity: **NON-HISPANIC**    Place of Birth: (State) **Texas**

Height: **22-Aug**    Weight: **180**    Eye Color: **Blue**    Hair Color: **Blonde**

Scars, Marks and/or Tattoos: **Tat L Arm, Tat R Shld**

| SID# 6154030 | FBI# 222544VB6 | FPC: | MNU: |
|---|---|---|---|

Relationship to Protected Person: **Uncle**

Drivers License Number: **6154030**    State: **Texas**

Identification Number:    State:

Social Security Number: **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**

Respondent's Address: **138 Wren Rd**

City: **Bandera**    State: **Texas**    Zip: **78003**

**RESPONDENT'S VEHICLE INFORMATION:**

License Plate Number: **n/a**    State:    Vehicle Year:

Make:    Model:    Color:

**NAME OF PROTECTED PERSON:** **Avery Carlton**    DOB: **10/6/2003**

Sex: **Female**    Race: **WHITE**    Ethnicity: **NON-HISPANIC**

Protected Persons Address: **138 Wren Rd**

City: **Bandera**    State: **Texas**    Zip: **78003**

Relationship to Respondent: **Niece**

Phone Number: **210.718.8859**    Alternate Phone: -

Protected Persons Employment Information:

Place of Employment:

Employment Address:

City:    State:    Zip:

Place of Employment #2:

Employment Address:

City:    State:    Zip:

**OTHER PROTECTED PERSON:**    DOB:

Sex:    Race:    Ethnicity:

Protected Persons Address:

City:    State:    Zip:

Relationship to Respondent:

Phone Number:    Alternate Phone:

Protected Persons Employment Information:

Place of Employment:

Employment Address:

City:    State:    Zip:

Place of Employment #2:

Employment Address:

City:    State:    Zip:

p17 (SE-8)

I, _____ **Avery Carlton** _____ (Victim / Protected Person)

☑ Request that a protective order be issued to, _____ **Keith Alvin Small** _____ .

☐ Request that a protective order **NOT** be issued.

_____
Victim / Protected Person

I, _____ **Richard Dean Mhartain** _____ (Peace Officer)

☑ Request that a protective order be issued.
I have reasons to believe and do believe that a protective order should be issued to the
following person: _____ Keith Alvin Small _____ .

In order to protect the following person(s):     _____ Avery Carlton _____
_____ 0 _____
_____ 0 _____
_____ 0 _____
_____ 0 _____
_____
_____
_____
_____

Reasons for this belief is as follows:
**Respondant attacked the victum by chocking her**

☐ Request a protective order **NOT** be issued.

_____
Officer's Signature     8345

P18 (SE-8)

# RELEASE REPORT
## MEDINA COUNTY SHERIFF'S OFFICE
801 Ave Y, Hondo, TX 78861

| SO NUMBER | DATE BOOKED | ARREST NG AGENCY | PAGE |
|---|---|---|---|
| 15694 | 09/25/2024 | DEPARTMENT OF PUBLIC SAFETY | 1 |
| DATE AND TIME RELEASED | RELEASING OFFICER | | OF |
| 09/28/2024  6:42 PM | DERRY, JOSEPH | | 1 |

## IDENTIFICATION

| NAME | | | | | PID | | SID | | JAIL ID / BOOKING NUMBER |
|---|---|---|---|---|---|---|---|---|---|
| **SMALL, KEITH ALVIN** | | | | | | | | | |

ALIAS NAMES
SMALL, KEITH

FBI

FRONT IMAGE

| RACE | SEX | ETHNICITY | DATE OF BIRTH | AGE | DL / ID NO |
|---|---|---|---|---|---|
| W | M | NON HISPANIC | | 46 | |

| HEIGHT | WEIGHT | HAIR | EYES | BUILD | COMPLEXION | SOCIAL SECURITY NO |
|---|---|---|---|---|---|---|
| 6 FT, 0 IN | 180 | BLN | BLU | MED | FA | |

SCARS, MARKS, TATTOOS, AMPUTATIONS
TATTOO ON ARM, LEFT, NONSPECIFIC

COMMENTS

| ADDRESS | PHONE | PLACE OF BIRTH |
|---|---|---|
| | HOME: | PASADENA, TX UNITED STATES |

## CHARGES

| WARRANT / REF. NUMBER | CHARGE / OFFENSE | ISSUING AUTHORITY / COURT | DISPOSITION |
|---|---|---|---|
| CR-24-0000106 | ASSAULT FAM/HOUSE MEM IMPEDE BREATH/CIRCULAT | BANDERA DISTRICT COURT | INDICTMENT - ASSAULT FAM/HOUSE MEM IMPEDE BREATH/CIRCULAT |

◄ END OF LIST ►

## INMATE TRUST ACCOUNT

ENDING BALANCE   AMOUNT TO BE RELEASED   DISBURSEMENT COMMENTS

## PROPERTY

| QTY | ITEM DESCRIPTION | LOCATION | BOX | RELEASED DATE | TIME | RELEASED TO |
|---|---|---|---|---|---|---|
| 1 | BROWN BOOTS test | Released | | 09/28/2024 | 6:42 PM | SMALL, KEITH ALVIN |
| 1 | BLUE JEANS test | Released | | 09/28/2024 | 6:42 PM | SMALL, KEITH ALVIN |
| 1 | BLACK BELT test | Released | | 09/28/2024 | 6:42 PM | SMALL, KEITH ALVIN |
| 1 | WHITE SOCKS test | Released | | 09/28/2024 | 6:42 PM | SMALL, KEITH ALVIN |
| 1 | BROWN WALLET test | Released | | 09/28/2024 | 6:42 PM | SMALL, KEITH ALVIN |

◄ END OF LIST ►

## SIGNATURE

I certify that this is a correct accounting of items returned as of the time I was released from jail.

☒
Prisoner's Signature

Release Comments        TAKEN TO BANDERA CO

☒
Detention Officer's Signature

p 19 (SE-9)

**CAPIAS** - CCP 23.03

THE STATE OF TEXAS:

VS.

**KEITH ALVIN SMALL**

CAUSE NO. **CR – 24 - 0000106**
WARRANT AW24829
IN THE 198TH DISTRICT COURT
OF
BANDERA COUNTY, TEXAS

TO ANY SHERIFF OF THE STATE OF TEXAS - - GREETING:

You are commanded to arrest **KEITH ALVIN SMALL** and him/her safely keep so that you have him/her before the Honorable District Court of Bandera County, in said State, at the courthouse of said County in the city of Bandera then and there to answer THE STATE OF TEXAS upon a charge by indictment pending in said Court, charging **KEITH ALVIN SMALL** with the offense of to wit;

ASSAULT-BODILY INJURY-FAMILY VIOLENCE ENHANCED

HEREIN FAIL NOT, but due return make hereof to this Court showing how you have executed the same.

WITNESS my signature and official seal, this day of **June 19, 2024**.

Tammy Kneuper, District Clerk
Bandera County, Texas

By _____ Deputy
Jeannette E Jeffers

# Bond $10,000.00 CASH/SURETY BOND W/ ASSAULTIVE BOND CONDITIONS

| TRN: | TRS:A00 | SID#:TX06154030 | OFFENSE CODE: 13990076 |
|---|---|---|---|
| Address: | | SS#: 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 DOB: 03/10/79 DL#: 02409128 | |

OFFICER'S RETURN

Came to hand the _19_ day of _July_ 2024 at _5_, _P_ M and executed on the _20th_ day of _September_ 2024, at _____, ___M by arresting the within named _Small, Keith_ at _Media County Jail_ in _Medina_ County, Texas, and
[ ] taking a _____ bond, which is herewith returned or
[ ✓ ] placing him/her in the County Jail of _Bandera_ County, Texas.

Fees
Executing capias.    $ 50.00
Taking bond ......    $ 10.00
Commitment....    $  5.00
Release..........    $  5.00

_Daniel R. Butts_ _____ Sheriff
_Bandera_ County, Texas
By _Gabriel San_ _____ Deputy

CPPRNH – REV 01/25/05

p 20 (SE -10)

| |
|---|
| PRECEPT TO SERVE – CCP 25.01 |

THE STATE OF TEXAS:

VS.

**KEITH ALVIN SMALL**

CHARGE:

CAUSE NO. **CR – 24 - 0000106**
WARRANT AW24829
IN THE 198TH DISTRICT COURT
OF
BANDERA COUNTY, TEXAS

ASSAULT-BODILY INJURY-FAMILY VIOLENCE ENHANCED

TO ANY SHERIFF OR ANY CONSTABLE WITHIN THE STATE OF TEXAS, GREETING:

YOU ARE HEREBY COMMANDED TO SERVE:

**KEITH ALVIN SMALL** who resides in your county and the State of Texas, the accompanying:

### CERTIFIED COPY OF INDICTMENT

HEREIN FAIL NOT, but of this writ make due return as the law directs.

GIVEN UNDER MY HAND and seal of the court this day of June 19, 2024.

Tammy Kneuper, District Clerk
198TH District Court
Bandera County, Texas

By _____ Deputy
Jeannette E Jeffers

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### OFFICER'S RETURN

Came to hand this 19 day of JUNE 2024 at 5 o'clock P M and executed on the 29th day of ~~FIRST SEPTEMBER~~ 2024 at _____ o'clock P M by delivering to the within named KEITH ALVIN SMALL the accompanying INDICTMENT

**Fee $35.00**          908          A

DANIEL R. BUTTS
Sheriff/constable
BANDERA _____ County, Texas

By _____ Deputy

LaDewia Steer

p 21 (5E ~11)

Sep. 30. 2024  4:05PM                                                    No. 6734    P. 2/20

## MAGISTRATE'S WARNING - BANDERA COUNTY, TEXAS

NAME OF ARRESTED PERSON: First: __Keith__  Middle: __Alvin__  Last: __Small__
DL OR ID#: __02409128__  STATE: __TX__  DATE OF BIRTH: __03/10/1979__  SS#: __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__
Probable Cause Affidavit filed and reviewed? ____ Yes ✓ No
Before me the undersigned magistrate of Bandera County, Texas on the __30TH__ day of __Sept__ 20 __24__ at __2160__ ___ a.m. ✓ p.m.
YOU ARE CHARGED WITH THE FOLLOWING OFFENSE(S):                    Warrant # AW348 29                       ☑ Cash/Surety

CLASS
1. __F3 Assault - Bodily Inj. Fam Violence - Enh__   __1987H   DST__

BOND SET AT:                  ☐ Cash
$ __10,000.__ ☐ Personal Bond

2. _____ $ _____
3. _____ $ _____
4. _____ $ _____
5. _____ $ _____
6. _____ $ _____

YOU ARE GIVEN THE FOLLOWING WARNINGS:                    ☑ BOND CONDITIONS: __Assault Bond Cond / GPO__
✓ You have the right to hire an attorney to represent you.        ☐ INTERLOCK NOT ISSUED IN THE INTEREST OF JUSTICE
✓ You have the right to remain silent.                             ☐ INTERLOCK NOT REQUIRED
✓ You have the right to have an attorney present prior to and during any questioning by peace officers or attorneys representing the State.
✓ You have the right to terminate or stop the interview or questioning at any time.
___ You are not required to make a statement, and any statement you make can and may be used against you in court.
___ You have the right to an examining trial if you are arrested for a felony offense prior to your indictment.
✓ You have the right to request the appointment of an attorney, if you are too poor to afford an attorney.
___ A sworn request, including a financial statement, must be completed to determine if you qualify for a court appointed attorney.
___ Reasonable assistance will be provided to you when filling out the application if you ask for it required.
___ I will cause your request to be transmitted to the proper court within one working day of the request. If the court determines that you qualify for a court
✓ appointed attorney, one will be appointed for you within three working days after receiving your request and will notify you and the attorney of the appointment.
___ If an attorney is appointed, the attorney should make a reasonable request to contact you by the end of the first working day after the attorney is appointed. If
appointed in court, you will be given the name, address and telephone number of the attorney.

* * * * *  THE ARRESTED PERSON DOES ___✓___ DOES NOT _____ (CHECK ONE) REQUEST A COURT APPOINTED ATTORNEY.

AFFIDAVIT OF INDIGENCE:
I, the undersigned Defendant do upon my oath, swear that I am indigent and make the following supporting statements:
I am employed by: __No__ __Since have a job__  . Phone #: __N/A__
Employer address: __N/A__  . Monthly Income: $ __2800.00__
Spouse's Income per Month: $ __N/A__  Other Income: $ ___ ◯ Total Household Income: $ __2800.__
No. of dependents: __0__
MONTHLY EXPENSES:
Rent        $ __400.00__        Health Insurance  $ __0__        List All assets (Checking, Savings Accounts, real property, etc.,)
Food        $ __1000.00__       Clothing          $ __100.00__     __None__
Phone       $ __70.00__         Child Support     $ __0__         Utilities: $ __included in rent__
Car Payment $ __0__             Debts owed if any: $ __0__

Defendant's Signature __[signature]__  Address __138 Wren Rd. Sanders TX 78005__  Telephone Number __Jail.__
Sworn before me, the undersigned authority, this the __30__ day of __Sept__ , 20 __24__
__Randall J. Boysen  JP3  Bandera Co__

NOTICE OF VIENNA CONVENTION ON CONSULAR RELATIONS:
1. If you are not a United States Citizen and you have been arrested or detained, you may be entitled to have us notify your country's consulate officials in the United States.
2. DO YOU WANT US TO NOTIFY THE CONSULATE OFFICIALS OF YOUR COUNTRY? ____ YES ____ NO   ☐ U.S. CITIZEN   ☐ FOREIGN NATIONAL
3. IF YOU HAVE RESPONDED YES: WHAT COUNTRY DO YOU REQUEST TO BE NOTIFIED?
4. If you are a citizen of a country that requires us to notify your country's consulate officials, we will make the notification as soon as practical.

I ACKNOWLEDGE THAT I WAS GIVEN THE ABOVE
STATED INFORMATION, WARNINGS, AND NOTICE;                  SIGNATURE OF ARRAIGNING MAGISTRATE:
__[signature]__                                             __Randall J. Boysen__
                                                           __JP3  Bandera Co.__
Arrested Person's Signature                                DATE __09/30/2024__  TIME: __3:09__ .M.

ARRESTED PERSON DECLINED TO SIGN ACKNOWLEDGEMENT OF WARNING
                                                           __[signature]  10 3__
_____                           *Witness signature (if any)
Magistrate's signature                                     __Johnny Kemill__
                                                           *Printed name of witness:
                                                           *This hearing was interpreted by:

                                                           _____
                                                           Interpreter's signature

☐ I, as a magistrate, certify that I have informed the accused of the above and the accused has been given a copy
☐ I, as a magistrate, hereby command the Sheriff of Bandera County to commit the above named Defendant to confinement in jail for the offense(s) listed
above, until such time as the Defendant is able to secure bail in the above stated amount or is otherwise lawfully discharged.
Revised 05/23  White- Original  Yellow- Magistrate  Pink- Defendant

__D 22  (SE-12__

p 23 (52-13)

BANDERA COUNTY DISTRICT CLERK
TAMMY KNEUPER
3360 STATE HWY 173 N. SUITE 100 · P.O. BOX 2688
BANDERA, TEXAS 78003-2688
PHONE: (830) 796-4606 · FAX: (830) 796-8499

DISTRICT COURT OF BANDERA COUNTY, TEXAS

51861

DATE 10/03/2024

Received from _Keith Alvin Small_

One dollar & no/100 _____ $ 1.00

For: _Copy of Indictment_ CR 24-106
_State of TX vs Keith Alvin Small_

AMOUNT OF ACC'T   $ ................
AMOUNT PAID       $ ................ 1.00
BALANCE DUE       $ ................
CASH ( X )   CHECK (  )   OTHER (  ) _____

THANK YOU!

BANDERA COUNTY DISTRICT CLERK
TAMMY KNEUPER

By _____

March 10, 2025

To Whom This May Concern :

I Avery Carlton did not appear before Randall Boyson jp3 or any other court or judge on on September30,2024. And I did not apply foe emergency protective order against Keith Alvin Small that day or any other day.

Thank you,

Karen Ja'net Fischer-Shirley

March 10, 2025

KAREN JA'NET FISCHER-SHIRLEY
Notary Public, State of Texas
Comm. Expires 04-08-2026
Notary ID 133897098

p 24 (SE-14)

STATE OF TEXAS                    §
                                 §
COUNTY OF BANDERA                §

## AFFIDAVIT FOR NON-PROSECUTION

**KNOW ALL MEN BY THESE PRESENTS**

That the undersigned person does hereby make the following Affidavit for Non-Prosecution in the matter of the *State of Texas vs. Keith Alvin Small, CR24-106*, the defendant being charged with Assault Fam/House Member Impede Breath/Circulation.

"My name is Avery Lynn Carlton and I am 18 years of age or older. I am the complaining witness against Keith Alvin Small, the Defendant in the above referenced case. It is my wish and desire that all charges in relation to these matters be dismissed, that there be no further action taken regarding these charges. I do not intend to pursue the prosecution of said Defendant. I would further express my desire and intention not to appear as a witness against Keith Alvin Small in any court of law pertaining to this matter and I would request that I not be subpoenaed to do so."

"I am not making this Affidavit to frustrate the ends of justice, nor have I been offered any benefit to testify falsely, to withhold testimony, to elude legal process or absent myself from any official legal proceedings. "

"I am making this Affidavit voluntarily, of my own free will, free of any duress or coercion. If the charges against Keith Alvin Small are dismissed, I will in no way disparage or complain of the 198th Judicial District Attorney's Office for not prosecuting this case."

WITNESS MY HAND this ___3___ day of Feb_____, 2025.

_____
COMPLAINANT

ALC

p 25 (SE-15)

**STATE OF TEXAS**
**COUNTY OF BANDERA**

### AFFIDAVIT/COMPLAINT
(Assault – Impeding Breathing or Circulation – Family Violence)

*all hersay*

## IN THE NAME AND BY THE AUTHORITY OF THE STATE OF TEXAS:

Before Me, The Undersigned Authority, On This Day Personally
Appeared Affiant, Who Being First Duly Sworn, Charges And Swears:
I, Richard Dean Mhartain, Being Duly Sworn, Do State Upon My Oath
That I Have Good Reason To Believe And Do Believe Based Upon
The Following Information: Victim's Recorded Verbal Statements,
And Officer's On Scene Observations And, I Charge That Heretofore,
And Before The Making And Filing Of This Complaint, On Or About
Friday, February 16th, 2024, In The County Of Bandera And The
State Of Texas, Keith Alvin Small, Defendant, Did Then And There
Intentionally, Knowingly or Recklessly Impede The Normal Breathing
Or Circulation Of The Blood Of The Person By Applying Pressure To
The Person's Throat Or Neck Or By Blocking The Person's Nose Or
Mouth, A Violation Of The Penal Code Section 22.01
**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

_W D MHARTAIN_
Complainant (Printed Name)

_W D Mhartain_
COMPLAINANT        _8345_

Sworn To And Subscribed Before Me By Richard Dean Mhartain,
A Credible Person, On This 18th Day Of February A.D., 2024.

_Michael Case_
Texas Peace Officer (Printed Name)

_8318_
TEXAS PEACE OFFICER

Case No. 24-0893

Agency: Bandera County Sheriff's Office

Court: 198th District Court

Offense: 3rd Degree Felony

SCANNED
MAR 6 2024

ORIGINAL: COURT OF JURISDICTION    COPY: JAIL FOLDER    COPY: CHIEF DEPUTY

*Handwritten annotations throughout:*
*Belive cause he doesn't know because I didn't*
*who this? the responding officer?*
*who wrote this the responding officer?*
*not print*
*causal possibly know*
*where is the written grafice statment*
*where are pictures*
*which is*
*which is*
*which is it cant say cause they dont know*
*who this was never there I never spoke to any cops*
*County Court — who does inhandsment before I*
*Jail folder wasn't arrested yet*
*P 26 (SE-16)*

THE STATE OF TEXAS        §     IN THE DISTRICT COURT

VS.        §     198TH JUDICIAL DISTRICT

THE BELOW NAMED DEFENDANT(S)      §     BANDERA COUNTY, TEXAS

## MOTION TO DISMISS

TO THE HONORABLE JUDGE OF SAID COURT:

         NOW COMES the State of Texas, by and through her District Attorney, respectfully requesting the Court to dismiss the indictments in the cases below and showing as follows:

1.

The State does not wish to prosecute this matter further for the following reason (s):

[   ] The evidence is insufficient;
[   ] The defendant has been convicted in another cause or 1245'd to another court;
[   ] Due diligence has not been made;
[   ] The defendant has been incarcerated from another county;
[ xx ] The victim has requested non prosecution in this current matter;
[   ] The defendant is out of State and the State of Texas does not wish to extradite;
[   ] This case was re-indicted in another cause number.
[   ] Full restitution was made in this case.
[   ] Other: _

2.

The interest of justice would best be served by dismissal of the following:

| CAUSE NO. | DEFENDANT: | OFFENSE: |
|-----------|-----------|----------|
| CR24-106 | Keith Small | ABI-FV-IMPEDE BREATH |

       WHEREFORE, the State respectfully requests that the cases listed above be dismissed, without prejudice to the state.

Respectfully submitted,

BY:   /s/Benjamin E. Rosenbach
STEPHEN HARPOLD, A.D.A./
BEN ROSENBACH, A.D.A.

## ORDER

     The foregoing Motion having been presented to me on this the 20TH day of May , 20__, and the same having been considered, it is therefore ORDERED, ADJUDGED and DECREED that said above entitled and numbered cause(s) be DISMISSED without prejudice to the state.

FILED
AT 1:20 O'CLOCK __ M. ON

**JUDGE PRESIDING**

CC: DISTRICT ATTORNEY
     SHERIFF'S DEPT.
     DEFENDANT
     BONDSMAN

TAMMY KNEUFER, 198TH DISTRICT CLERK
BANDERA COUNTY, TEXAS
DEPUTY

P 27 (SE-17)



**iDocket.com**    Your gateway to court case information.    Ruby

Search | Case History | Parties | Attorneys

`All`

Check out our new affordable subscription plans at
**iDocket.com**

Help

Search by Name | Search by Cause Number | Advanced Search

State:                              Texas ⌄
County:                            Texas, Bandera County ⌄
Litigant name Keyword Search:   KEITH ALVIN SMALL

Search | Clear | Trouble finding your case?

The total number of cases found is 7

1. Criminal Docket; Case 01-7178-D5 ; Drug Offense - Misdemeanor
THE STATE OF TEXAS vs SMALL, KEITH ALVIN
Filed 12/12/2001 - Disposition: 04/30/2002 Dismissed
County Court, County Clerk, Bandera County, Texas
Bondsman: EZ BAIL BONDS
(Click here to view the case history, parties, or attorneys)

2. Criminal Docket; Case 01-7179-O5 ; Criminal - Misdemeanor
THE STATE OF TEXAS vs SMALL, KEITH ALVIN
Filed 12/12/2001 - Disposition: 04/30/2002 Dismissed
County Court, County Clerk, Bandera County, Texas
Bondsman: EZ BAIL BONDS
(Click here to view the case history, parties, or attorneys)

3. Criminal Docket; Case 02-3317-AS ; Assault or Attempted Murder - Felony
THE STATE OF TEXAS vs SMALL, KEITH ALVIN
Filed 01/29/2002 - Disposition: 03/28/2002 Deferred adjudication
198th District Court, District Clerk, Bandera County, Texas
Bondsman: EZ BAIL BONDS
(Click here to view the case history, parties, or attorneys)

4. Criminal Docket; Case 02-3435-OC ; Felony
THE STATE OF TEXAS vs SMALL, KEITH ALVIN

*p 28 (SE-18)*